# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD R. SALTER,** : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 3:19-0224** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **ZACHARY J. MOSLAK,** *et al.*, : | |
| **Defendants** : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motions to proceed *in forma pauperis* (Doc. 2, 8) are **GRANTED** only for the purpose of filing the complaint.

2. The complaint is **DEEMED** filed.

3. Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 18, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2019 MEMORANDA\19-0224-01-Order.wpd